United States District Court
Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| | |
|---|---|
| ASAP TECHNICAL SERVICE INC. and JACOB WINDING dba TOP TO BOTTOM CLEANING SERVICE, | Case No.  5:15-cv-01608-HRL |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| RECONTRUST COMPANY, BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

18          Pro se plaintiff Jacob Winding[1] filed this suit on April 8, 2015 over the alleged unlawful

19   foreclosure of certain real property.  In the nearly four months since the complaint was filed, there

20   has been no apparent activity in this matter.  The deadline for service of the complaint and

21   summons on each defendant is August 6, 2015.  Fed. R. Civ. P. 4(m).  Thus far, with less than two

22   days remaining before that deadline passes, there is no indication that any defendant has been

23   served.  Additionally, plaintiff did not appear for the August 4, 2015 initial case management

---

[1] Plaintiff also purports to represent the interests of ASAP Technical Service, Inc. and Top to Bottom Cleaning Service.  Such entities, however, may only appear in this litigation through a lawyer.  See Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court"); see also Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel"); In Re Highley, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law").

1    conference.

2           Accordingly, plaintiff Jacob Winding shall file a written response to this order, showing

3    cause why this case should not be dismissed for his apparent inattention to it and failure to

4    prosecute.  Plaintiff's response must be filed by **August 26, 2015**.  If plaintiff fails to submit a

5    response as ordered by August 26, this court will, without further briefing or hearing, recommend

6    that this case be dismissed.

7           SO ORDERED.

8    Dated:   August 5, 2015

9                                                                    _____

10                                                                   HOWARD R. LLOYD
                                                                     United States Magistrate Judge

1    5:15-cv-01608-HRL Notice sent by U.S. Mail on August 5, 2015 to:

2
     Jacob Winding
3    6 West Main Street, Suite N
     Stockton, CA 95202
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California