United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASAP TECHNICAL SERVICE INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RECONTRUST COMPANY, BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No.  5:15-cv-01608-HRL <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a preliminary injunction, requesting immediate relief.  Despite reminders from the court, not all parties have consented to proceed before a magistrate judge, and the undersigned lacks jurisdiction to hear plaintiff's application.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge.  See 28 U.S.C. § 636.

SO ORDERED.

Dated:   August 14, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1  5:15-cv-01608-HRL  Notice sent by U.S. Mail to:

2  Jacob Winding
3  6 West Main Street, Suite N
   Stockton, CA 95202